KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
*Attorney for Defendant Trans Union LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHANE CARLSON,<br><br>          Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and I.Q. DATA INTERNATIONAL, INC.,<br><br>          Defendants. | Case No. 2:23-cv-00967-GMN-BNW<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COMES NOW Plaintiff Shane Carlson ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), and file this their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

1. On June 22, 2023, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 17, 2023.

2. On July 17, 2023, counsel for Trans Union communicated with Plaintiff's counsel via email regarding an extension within which to file a response to the Compliant, and Plaintiff's counsel agreed to the extension.

3. The parties are actively discussing a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

6413979.1

1

4. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

5. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 16, 2023. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: July 17th, 2023

ALVERSON TAYLOR & SANDERS

/s/ *Kurt R. Bonds*

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
*Counsel for Trans Union LLC*

/s/ *Gerardo Avalos*

GEORGE HAINES, ESQ.
Nevada Bar No. 9411
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
Telephone:  (702) 880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
*Counsel for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 12:03 pm, July 18, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

6413979.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July 2023, I electronically filed **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

| | |
|---|---|
| George Haines<br>ghaines@freedomlegalteam.com<br>Gerardo Avalos<br>gavalos@freedomlegalteam.com<br>Freedom Law Firm<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>(702) 880-5554<br>(702) 385-5518 Fax<br>***Counsel for Plaintiff*** | Gia Marina<br>gmarina@clarkhill.com<br>Clark Hill<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>(702) 862-8300<br>(702) 862-8400 Fax<br>***Counsel for Equifax Information Services, LLC*** |

*/s/ Teri Jenks*
Employee of ALVERSON
TAYLOR & SANDERS

6413979.1

4