George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shane Carlson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shane Carlson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Trans Union, LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; and I.Q. Data International, Inc.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00967<br><br>**Stipulation of dismissal of I.Q. Data International, Inc. with prejudice** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shane Carlson and I.Q. Data International, Inc. stipulate to dismiss Plaintiff's claims against I.Q. Data International, Inc. with prejudice.

_____

STIPULATION　　　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 22, 2023.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**GORDON REES SCULLY MANSUKHANI**

/s/ *Sean P. Flynn*
Sean P. Flynn, Esq.
300 S. 4th Street, Suite 1550
Las Vegas, NV  89101
*Counsel for I.Q. Data International, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: September 22, 2023

STIPULATION                              - 2 -