George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shane Carlson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shane Carlson, | Case No.: 2:23-cv-00967 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of Equifax Information Services, LLC with prejudice** |
| Trans Union, LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC and I.Q. Data International, Inc., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shane Carlson and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///
///
///
///
///
///

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 24, 2024.


**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shane Carlson*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 24, 2024